UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

UNITED STATES OF AMERICA

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/8/20

-against-

**ORDER**
19 CR 116 (KMW)

RAYMOND RESTO,
JOEL LOPEZ,
WILLIS LLERAS,
ANTONIO BURGOS, and
MARILYN ADINO,

Defendants.
-------------------------------------------------------------------x

KIMBA M. WOOD, District Judge:

The final pretrial conference in this case is currently scheduled for Thursday, January 30,

2020.

The final pretrial conference is hereby rescheduled to Thursday, January 23, 2020, at 3:30

p.m.

SO ORDERED.

Dated: New York, New York
January 8, 2020

_Kimba M. Wood_
KIMBA M. WOOD
UNITED STATES DISTRICT JUDGE