UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

    - v. -

RAYMOND RESTO,

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ORDER

19 Cr. 116 (KMW)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/11/21

    WHEREAS, defendant Raymond Resto requests to schedule a guilty plea before the duty Magistrate Judge;

    WHEREAS, the ongoing COVID-19 pandemic necessitates that the proceedings take place remotely;

    WHEREAS, the Court understands that the Magistrate Judge on duty shall hear the defendant's plea by telephone because videoconferencing is not reasonably available;

    WHEREAS, the CARES Act and finding made by the Judicial Conference of the United States and Chief Judge Colleen McMahon of the Southern District of New York allow for guilty pleas to be taken by telephone or video, subject to certain findings made by the District Judge;

    THE COURT HEREBY FINDS that, because the defendant has consented to proceed remotely, and because the plea cannot be further delayed without serious harm to the interests of justice, it is

    SO ORDERED.

Dated: New York, New York
       January 11, 2021

*/s/ Kimba M. Wood*
THE HONORABLE KIMBA W. WOOD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK