```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/23/21
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA          :

    -v.-                          :     ORDER

RAYMOND RESTO,                    :     19 Cr. 116 (KMW)

              Defendant.          :

- - - - - - - - - - - - - - - - - - x

WHEREAS, with the consent of the defendant, RAYMOND RESTO, the defendant's guilty plea allocution was taken before the United States Magistrate Judge on January 26, 2021;

WHEREAS, a transcript of the guilty plea allocution was made and thereafter was transmitted to this Court;

WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily, and that there was a factual basis for the guilty plea;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

SO ORDERED.

Dated:   New York, New York
         February 22, 2021

                              _____
                              HONORABLE KIMBA M. WOOD
                              UNITED STATES DISTRICT JUDGE