UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
UNITED STATES OF AMERICA

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/13/21

-against-

RAYMOND RESTO,

                  Defendant.
------------------------------------------------------------------x

**ORDER**
19 CR 116 (KMW)

KIMBA M. WOOD, District Judge:

    Sentencing is scheduled for January 6, 2022, at 12:00 p.m. Defendant's submission is due by December 23, 2021. Government submission is due by December 30, 2021.

    SO ORDERED.

Dated: New York, New York
         October 13, 2021

                                              _/s/ Kimba M. Wood_
                                              KIMBA M. WOOD
                                          UNITED STATES DISTRICT JUDGE