**JAMES E. NEUMAN, P.C.**
Attorney at Law
100 Lafayette Street – Suite 501
New York, New York 10013

TEL 212-966-5612
FAX 646-651-4559
james@jamesneuman.com

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/3/22
```

December 28, 2021

**MEMO ENDORSED**

Hon. Kimba M. Wood
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *United States v Raymond Resto,* 19 Cr. 116 (KMW)

Your Honor:

I represent Raymond Resto in the referenced matter and write to request that the sentencing be postponed for approximately one month. Currently, the control date for sentencing is January 12, 2022.

The primary reason for this request is that I was informed yesterday that the Metropolitan Detention Center is now in a "lock-down" or "quarantine" status because of the current surge of COVID-19 cases. Thus, there are currently no legal or social visits permitted. Further, I was informed that the MDC will not be producing inmates for court appointments during the month of January. Accordingly, I suggest that Mr. Resto's sentencing be postponed until sometime in February, 2022.[1]

*Sentencing is adjourned to February 16, 2022, at 12:00 p.m. Defendant's submission is due by February 2. Government submission is due by February 9.*

Respectfully submitted.

/s/
James E. Neuman

---

[1] I am generally available throughout February, with the exception of February 1st, February 4th and February 15th.

SO ORDERED: N.Y., N.Y. 1/3/22

*Kimba M. Wood*
KIMBA M. WOOD
U.S.D.J.